AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>KEVIN LEON DAVIS<br><br>*Defendant(s)* | Case No.<br>5:23-mj-00015 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **November 13, 2022** in the county of **Raleigh** in the **Southern** District of **West Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 751 | Escape from an Institution to wit: Federal Prison Camp - Beckley |

This criminal complaint is based on these facts:

On November 13, 2022, defendant escaped from the custody of the Attorney General and from an institution and facility, that is the Federal Prison Camp at Beckley, in which defendant was confined by direction of the Attorney General, which custody was by virtue of a conviction from the Eastern District of Tennessee for conspiracy to distribute 5 grams or more of actual methamphetamine. Defendant was located outside of the facility without authorization.

☐ Continued on the attached sheet.

*Complainant's signature*

Eric J. Tipton, Deputy United States Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/02/2023

City and state: Beckley, West Virginia

Omar J. Aboulhosn
United States Magistrate Judge